Nathan Kurnick, Respondent, v. Sarah Sherusky, Appellant, and Lena

Greenbaum, Defendant.— Judgment affirmed, with costs. No opinion. Jenks, P. J., Burr, Thomas, Carr and Rich, JJ., concurred.